UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| BAYOU MOSQUITO & PEST MANAGEMENT, LLC | * | CIVIL ACTION NO. 12-2304 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| BELLSOUTH TELECOMMUN-ICATIONS, LLC f/k/a BELLSOUTH TELECOMMUNICATIONS, INC. f/k/a SOUTHERN BELL TELEPHONE AND TELEGRAPHIC COMPANY | * | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the Motion to Dismiss [Doc. No. 15] filed by Defendant BellSouth Telecommunications, LLC, is hereby DENIED.

MONROE, LOUISIANA, this 23rd day of July, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE